No. 42, October Term, 1952. F. W. WOOLWORTH Co. *v.* CONTEMPORARY ARTS, INC., 344 U. S. 228. The motion for clarification of the mandate is denied. THE CHIEF JUSTICE and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Cedric W. Porter*

and *Harry F. R. Dolan* were on the motion for respondent. *Kenneth W. Greenawalt* and *Martin A. Schenck* were on the brief for petitioner in opposition to the motion.